| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | MATTHEW H. DAWSON (State Bar No. 307350)<br>mdawson@kslaw.com<br>KING & SPALDING LLP<br>601 South California Avenue<br>Palo Alto, CA 94304<br>Telephone:  +1 650 422 6700<br>Facsimile:   +1 650 422 6800<br><br>Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC<br><br>(Refer to signature page for complete listing of counsel and parties represented) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-00670-TLN-AC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(a)** |

As set forth below, Plaintiff Kellie Gadomski ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") stipulate to an extension of time for Equifax to respond to the Complaint.

WHEREAS, Plaintiff and Equifax agree that service of the Summons and Complaint was effective on March 30, 2017, making Equifax's response to the Complaint due on April 20, 2017;

WHEREAS, Equifax requires additional time to analyze and investigate the claims asserted in the Complaint; and

WHEREAS, Plaintiff and Equifax agree and stipulate to extend the time by which Equifax shall respond to the Complaint, by answer, motion, or otherwise, for twenty-eight (28) days pursuant to Local Rule 144(a).

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Equifax's date to respond to the Complaint, by answer, motion, or otherwise, is extended for twenty-eight (28) days, to and including May 18, 2017.

Dated: April 11, 2017   /s/ Matthew H. Dawson
KING & SPALDING LLP
MATTHEW H. DAWSON (SBN 307350)

Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

Dated: April 11, 2017   /s/ Matthew M. Loker (authorized on April 10, 2017)
KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN, ESQ. (249203)
ak@kazlg.com
MATTHEW M. LOKER (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

LAW OFFICE OF CLARK OVRUCHESKY
Clark Ovruchesky (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

| | |
|---|---|
| 1 | HYDE & SWIGART |
| 2 | Joshua B. Swigart, Esq. (225557) |
| | josh@westcoastlitigation.com |
| 3 | 2221 Camino Del Rio South, Suite 101 |
| | San Diego, CA 92108 |
| 4 | Telephone: (619) 233-7770 |
| 5 | Facsimile: (619) 297-1022 |
| 6 | Attorneys for Plaintiff |
| 7 | KELLIE GADOMSKI |

**IT IS SO ORDERED.**

DATED: April 11, 2017

_____
Troy L. Nunley
United States District Judge