MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:     +1 650 422 6700
Facsimile:     +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MISTY L. PETERSON (*pro hac vice*)
mpeterson@kslaw.com
BILLIE B. PRITCHARD (*pro hac vice*)
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone:     +1 404 572 4600
Facsimile:     +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-00670-TLN-AC<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO STAY DEADLINES** |

Upon consideration of the Parties' Joint Motion to Stay Deadlines, and for good cause shown, it is hereby,

ORDERED that the Parties' Motion is GRANTED.

**Dated: March 1, 2018**

                          Troy L. Nunley
                          United States District Judge