MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MISTY L. PETERSON (*pro hac vice*)
mpeterson@kslaw.com
BILLIE B. PRITCHARD (*pro hac vice*)
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-00670-TLN-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a)** |

| | |
|---|---|
| 1 | |
| 2 | As set forth below, Plaintiff Kellie Gadomski ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") stipulate to an extension of time for Equifax to respond to the First Amended Complaint. |

As set forth below, Plaintiff Kellie Gadomski ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") stipulate to an extension of time for Equifax to respond to the First Amended Complaint.

WHEREAS, Plaintiff served her First Amended Complaint on June 6, 2018, making Equifax's response to the First Amended Complaint due on June 20, 2018;

WHEREAS, Equifax requires additional time to analyze and investigate the claims asserted in the First Amended Complaint; and

WHEREAS, Plaintiff and Equifax agree and stipulate to extend the time by which Equifax shall respond to the Complaint, by answer, motion, or otherwise, for twenty-eight (28) days pursuant to Local Rule 144(a).

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Equifax's date to respond to the Complaint, by answer, motion, or otherwise, is extended for twenty-eight (28) days, to and including July 18, 2018.

Dated: June 12, 2018  /s/ Misty L. Peterson (*admitted pro hac vice*)
KING & SPALDING LLP
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MISTY L. PETERSON (*pro hac vice*)
mpeterson@kslaw.com
BILLIE B. PRITCHARD (*pro hac vice*)
bpritchard@kslaw.com
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100

KING & SPALDING LLP
MATTHEW H. DAWSON (SBN 307350)
mdawson@kslaw.com
601 South California Avenue
Palo Alto, CA 94304
Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800

| | |
|---|---|
| | Attorneys for Defendant |
| | EQUIFAX INFORMATION SERVICES LLC |
| Dated: June 12, 2018 | /s/ Matthew M. Loker (authorized on June 7, 2018) |
| | KAZEROUNI LAW GROUP, APC |
| | ABBAS KAZEROUNIAN, ESQ. (SBN 249203) |
| | ak@kazlg.com |
| | MATTHEW M. LOKER (SBN 279939) |
| | ml@kazlg.com |
| | 245 Fischer Avenue, Unit D1 |
| | Costa Mesa, CA 92626 |
| | Telephone: (800) 400-6808 |
| | Facsimile: (800) 520-5523 |
| | |
| | LAW OFFICE OF CLARK OVRUCHESKY |
| | CLARK OVRUCHESKY (SBN 301844) |
| | co@colawcalifornia.com |
| | 750 B. Street, Suite 3300 |
| | San Diego, CA 92101 |
| | Telephone: (619) 356-8960 |
| | Facsimile: (619) 330-7610 |
| | |
| | HYDE & SWIGART |
| | JOSHUA B. SWIGART, ESQ. (225557) |
| | josh@westcoastlitigation.com |
| | 2221 Camino Del Rio South, Suite 101 |
| | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| | Facsimile: (619) 297-1022 |
| | |
| | Attorneys for Plaintiff |
| | KELLIE GADOMSKI |

**IT IS SO ORDERED.**

DATED: June 12, 2018

_____
Troy L. Nunley
United States District Judge