MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MISTY L. PETERSON (*pro hac vice*)
mpeterson@kslaw.com
BILLIE B. PRITCHARD (*pro hac vice*)
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-00670-TLN-AC<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE AND EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLASS ALLEGATIONS**<br><br>Previous Date: August 23, 2018<br>New Date: September 6, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Troy L. Nunley<br>Courtroom: Courtroom 2 |

| | |
|---|---|
| 1 | As set forth below, Plaintiff Kellie Gadomski ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") respectfully request a continuance on the hearing previously noticed on Equifax's Partial Motion to Dismiss and Strike Plaintiff's Class Allegations ("Equifax's Motion") [ECF No. 30] to the Court's next available calendar, and stipulate to a seven-day extension of time for Equifax to file its reply in support of Equifax's Motion. |

WHEREAS, Equifax filed its Motion on July 18, 2018;

WHEREAS, Plaintiff filed her Response on August 9, 2018;

WHEREAS, Equifax's Reply would ordinarily be due on August 16, 2018;

WHEREAS, Equifax's counsel notified Plaintiff's counsel on August 10, 2018 that deaths had occurred in two of its counsels' families and Equifax would necessarily need a week's extension in order to prepare its Reply, to which Plaintiff agreed;

WHEREAS, this is the parties' first stipulation to continue the hearing and to extend the time for Equifax to file its Reply; and

WHEREAS, Plaintiff and Equifax agree and stipulate to request continuance of the hearing in this matter from August 23, 2018, as previously noticed, to the Honorable Troy Nunley's next available calendar, which is September 6, 2018, and further,

WHEREAS, for good cause shown, Plaintiff and Equifax agree and stipulate to extend the time by which Equifax shall reply in support of Equifax's motion by seven (7) days, to August 23, 2018.

IT IS HEREBY REQUESTED, AGREED AND STIPULATED by and between the parties, through their respective counsel of record, that the hearing in this matter be reset to September 6, 2018, and that Equifax's date to reply in support of its Motion be extended for seven (7) days, to and including August 23, 2018.

Dated: August 13, 2018  /s/ Misty L. Peterson (*admitted pro hac vice*)
KING & SPALDING LLP
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MISTY L. PETERSON (*pro hac vice*)
mpeterson@kslaw.com
BILLIE B. PRITCHARD (*pro hac vice*)
bpritchard@kslaw.com
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone:  +1 404 572 4600
Facsimile:   +1 404 572 5100

KING & SPALDING LLP
MATTHEW H. DAWSON (SBN 307350)
mdawson@kslaw.com
601 South California Avenue
Palo Alto, CA 94304
Telephone:  +1 650 422 6700
Facsimile:   +1 650 422 6800

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Dated: August 13, 2018  /s/ Matthew M. Loker (authorized on August 13, 2018)
KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN, ESQ. (SBN 249203)
ak@kazlg.com
MATTHEW M. LOKER (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

LAW OFFICE OF CLARK OVRUCHESKY
CLARK OVRUCHESKY (SBN 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 356-8960

Facsimile: (619) 330-7610

HYDE & SWIGART
JOSHUA B. SWIGART, ESQ. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
KELLIE GADOMSKI

**IT IS SO ORDERED.**

DATED: August 13, 2018

_____
Troy L. Nunley
United States District Judge

# CERTIFICATE OF SERVICE

## Kellie Gadomski v. Equifax Information Services LLC

### Case No: 2:17-cv-00670-TLN-AC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On August 13, 2018, I served a true copy of **STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE AND EXTENDING TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS AND STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet:

I declare under penalty of perjury that the above is true and correct (and that I am admitted in this case *pro hac vice* by this Court at whose direction the service was made).

Executed on August 13, 2018, at Atlanta, Georgia.

/s/ *Misty L. Peterson* (*admitted pro hac vice*)

MISTY L. PETERSON