**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**C.O. LAW, APC**
Clark Ovruchesky, Esq.(SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff,*
Kellie Gadomski

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLIE GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**, <br><br> **Plaintiff**, <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES LLC**, <br><br> **Defendant**. | Case No.: 17-cv-670-TLN-AC <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

NOTICE OF SETTLEMENT

Plaintiff KELLIE GADOMSKI ("PLAINTIFF") hereby notify the Court that she and Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") have reached an *individual* settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

PLAINTIFF and EQUIFAX anticipate filing a Stipulation and Proposed Order for Dismissal, with respect to EQUIFAX, within 60 days.  PLAINTIFF respectfully requests that all pending dates and filing requirements pertaining to the parties be vacated and that the Court set a deadline on or after February 9, 2020 for filing a Stipulation and Proposed Order for Dismissal.

Dated:  December 9, 2020                                          Respectfully submitted,

                                                                                 **C.O. LAW, APC**

                                  By:  ___/s/ Clark Ovruchesky___
                                              CLARK OVRUCHESKY, ESQ.
                                              ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On December 9, 2020, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

  ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

  ☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

  ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

  ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

  ☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 9, 2020, at San Diego, California.

                                                          /s/ Clark Ovruchesky
                                                        CLARK OVRUCHESKY, ESQ.