**KAZEROUNI LAW GROUP, APC**
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 335-8455
Facsimile: (800) 520-5523

**C.O. LAW, APC**
Clark Ovruchesky (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiffs*,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLIE GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | **Case No.:** 2:17-cv-670-TLN-AC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE; AND, THE CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)**<br><br>**HON. TROY L. NUNLEY** |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiff KELLIE GADOMSKI ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss Plaintiff's individual claims WITH PREJUDICE and the claims of the putative class members WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of this Dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: February 9, 2021

**KAZEROUNI LAW GROUP, APC**

By: /s/ MATTHEW M. LOKER
    MATTHEW M. LOKER, ESQ
    PAMELA E. PRESCOTT, ESQ.
    ATTORNEYS FOR PLAINTIFF

**KING & SPALDING LLP**

By: /s/ MISTY L. PETERSON
    MISTY L. PETERSON, ESQ.
    ATTORNEY FOR EQUIFAX

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's respective legal counsels and that I have obtained their authorizations to affix their electronic signatures to this document.

Date: February 9, 2021                    **KAZEROUNI LAW GROUP, APC**

                                          By:   /s/ PAMELA E. PRESCOTT
                                          PAMELA E. PRESCOTT, ESQ
                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation To Dismiss Plaintiff's Individual Claims With Prejudice; and, the Claims of the Putative Class Members Without Prejudice* has been submitted this 9th day of February 2020 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                           /s/ Pamela E. Prescott
                                          Pamela E. Prescott

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CA 92626**

---

**Case No.: 2:17-cv-670-TLN-AC**              2 of 2              *Gadomski, et al. v. Equifax*
**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE; AND, THE CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(II)**