# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLIE GADOMSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendant. | Case No.: 2:17-cv-670-TLN-AC<br><br>ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE; AND, THE CLAIMS OF THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE<br><br>HON. TROY L. NUNLEY |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Plaintiff's individual claims to be dismissed with prejudice and the claims of the putative class members to be dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 10, 2021

_____
Troy L. Nunley
United States District Judge

Case No.: 2:17-cv-670-TLN-AC          *Gadomski, et al. v. Equifax Information Services, LLC*